Jordan Susman (SBN 246116)
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310-201-0005
Facsimile:  310-201-0045

Attorney for Plaintiffs
CHRISTOPHER ORLANDO TORRES
and NYANIFY, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ORLANDO TORRES, an individual, NYANIFY, INC., a Texas Corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>ARUN MARIAPPAN, an individual, SOCIALSOFT, INC., a California Corporation,<br><br>　　　　Defendant. | Case No.:  CV12-8514 CAS (SSx)<br><br>**REQUEST TO ENTER DEFAULT AS TO DEFENDANT ARUN MARIAPPAN**<br><br>[Declaration of Jordan Susman filed concurrently herewith] |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　　Plaintiffs Christopher Orlando Torres and Nyanify Inc. ("Plaintiffs") hereby request that the Clerk of the above-entitled Court enter default in this matter against Defendant Arun Mariappan on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time

-1-

**REQUEST TO ENTER DEFAULT**

1 | prescribed by the Federal Rules of Civil Procedure.  Plaintiffs served the
2 | Complaint on Defendant Socialsoft, Inc. via substitute service on March 16,
3 | 2013, evidenced by the proof of service of summons on file with this Court.
4 |     The above stated facts are set forth in the accompanying Declaration of
5 | Jordan Susman, filed herewith.

Dated:    May 7, 2013                    FREEDMAN + TAITELMAN

By: _____/s/_____
JORDAN SUSMAN
Attorney for Plaintiffs
Christopher Orlando Torres and
Nyanify, Inc.

-2-
**REQUEST TO ENTER DEFAULT**