Jordan Susman (SBN 246116)
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310-201-0005
Facsimile: 310-201-0045

Attorney for Plaintiffs
CHRISTOPHER ORLANDO TORRES
and NYANIFY, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ORLANDO TORRES, an individual, NYANIFY, INC., a Texas Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>ARUN MARIAPPAN, an individual, SOCIALSOFT, INC., a California Corporation,<br><br>Defendant. | Case No.: CV12-8514 CAS (SSx)<br><br>**DECLARATION OF KIA KAMRAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>[Motion for Default Judgment; Declaration of Jordan Susman filed concurrently herewith]<br><br>Date: Sept. 9, 2013<br>Time: 10:00 a.m.<br>Courtroom: 5 |

-1-
**DECLARATION**

## DECLARATION OF KIA KAMRAN

I, Kia Kamran, declare as follows:

1. I am a member of the State Bar of California. I am transactional counsel for Plaintiffs. The matters stated below are based on my personal knowledge, unless noticed specifically otherwise. If called as a witness, I could and would testify competently thereto.

2. On December 20, 2011, I filed a complaint and takedown request with Google on behalf of Plaintiffs concerning copyright infringement of Nyan Cat. Attached hereto as Exhibit 1 is a true and correct copy of the response I received from Google on December 21, 2011 concerning my complaint and takedown request.

3. On September 24, 2012, I received an email from Google that contained a counter-designation to the complaint I filed on December 20, 2011. According to the email from Google, the counter-notification was sent by Arun Mariappan from the email address fotoroll@gmail.com. Attached hereto as Exhibit 2 is a true and correct copy of the September 24, 2012 email I received from Google, which includes Mariappan's counter-notification.

4. On December 20, 2011, I sent via email to info@thesocialsoft.com and via First Class U.S. Registered Mail to ARUN MARIAPPAN / Agent for Service of Process, Social Soft Inc., 501 Forest Avenue, Suite #802, Palo Alto, CA 94301 notice of copyright infringement to Arun Mariappan, agent for service of process for SocialSoft, Inc. Attached hereto as Exhibit 3 is a true and correct copy of my December 20, 2011 Notice of Infringement.

5. On December 22, 2011, I received a response to my December 20, 2011 email from "Mark" at the email address help@thesocialsoft.com. The response did not dispute the notice of infringement, and instead claimed that SocialSoft's use of Nyan Cat was meant to be "fun" and expressing a desire to license my clients' art. Attached hereto as Exhibit 4 is a true and correct copy of the December 22, 2011 email I received from help@thesocialsoft.com.

6.  On December 23, 2011, I sent an email to "Mark" at help@thesocialsoft.com, requesting information concerning SocialSoft's sales of Nyan Cat knock off products. No one from SocialSoft ever provided to me any sales figures that would allow my clients to conclude a business arrangement with SocialSoft to avoid the current litigation. Attached hereto as Exhibit 5 is a true and correct copy of my December 23, 2011 email.

I declare under penalty and perjury under the laws of the United States of the foregoing is true and correct.

Executed this 1st day of July, 20013, at Los Angeles, California.

_____
KIA KAMRAN, Esq.

# EXHIBIT 1

| | |
|---|---|
| **From:** | The Android Market Team [removals@google.com] |
| **Sent:** | Wednesday, December 21, 2011 10:30 AM |
| **To:** | Kia@TuneLaw.Com |
| **Subject:** | Re: [#931918997] Your Request to Google |

Hello,

Thanks for reaching out to us.

In accordance with the Digital Millennium Copyright Act, we have completed processing your infringement complaint.

The following applications have been removed from the Android Market (application and developer):

nyan cat

Please let us know if we can assist you further.

Regards,

The Google Team


Original Message Follows:
------------------------
From: Kia@TuneLaw.Com
Subject: Your Request to Google
Date: Tue, 20 Dec 2011 21:55:49 +0000

>
>
> AutoDetectedBrowser: Firefox 8
> AutoDetectedOS: Windows XP
> IIILanguage: en
> IssueType: lr_dmca
> Language: en
> agree1: checked
> agree: checked
> android_app_developer_1: Socialsoft Inc.
> android_app_name_1: nyan cat
> android_app_url_1:
> https://market.android.com/details?id=com.thesocialsoft.Nyan
> companyname: Kia Kamran, Attorney at Law
> country_residence: US
> description_of_copyrighted_work: Mr. Torres is the worldwide copyright
> owner of the work of visual art "Nyan Cat" as evidenced by U.S. Copyright
> Registration Number VAu001063390 (the "Work"). Mr. Torres also has common
> law trademark rights in and to the trademark "Nyan Cat", and is the owner
> of pending application serial number 85357643 for such mark with the US
> Patent and Trademark Office.
>
> dmca_signature: Kia Kamran
> dmca_signature_date_day: 20
> dmca_signature_date_month: 12
> dmca_signature_date_year: 2011

1

> full_name: Kia Kamran
> hidden_dmca_category: other
> hidden_product: androidmarket
> location_of_copyrighted_work: http://www.prguitarman.com/index.php?id=348
>
> represented_copyright_holder: Christopher Torres
>

# EXHIBIT 2

-----Original Message-----
From: The Google Team [mailto:removals@google.com]
Sent: Monday, September 24, 2012 6:04 PM
To: Kia@TuneLaw.Com
Subject: Re: [#931918997] Your Request to Google

Hi,

We received the attached DMCA counter notification in response to the complaint you filed with us on December 20, 2011. As described in 17 U.S.C. 512(g), by this email, we are providing you with the counter notification and await your notice (in not more than 10 days) that you have filed an action seeking a court order to restrain the counter-notifier's allegedly infringing activity. If we do not receive such notice from you, we will reinstate the material in question in GOogle Play.
If you have any questions, please visit www.google.com/support/go/legal.

Regards,

1

The Google Team


Copy of the received notice:

fotoroll@gmail.com to support-portal@google.comReply - More info May 17Options ▼


AdSenseLocale:
AutoDetectedBrowser: Google Chrome
AutoDetectedOS: Intel Macintosh OS X
IIILanguage: en
IssueType: lr_counternotice
Language: en
address: 81 Encina Ave, Palo Alto CA 94301

companyname: socialsoft
country_residence: US
dmca_clarifications: DMCA Counter notification
RE: Mistaken Removal of nyan cat original Dear Sir/Madam; May17, 2012 Please find attached to this letter a list of material removed by you pursuant to 17 U.S.C. Section 512. I have a good faith belief that this material was removed or disabled in error as a result of mistake or misidentification of the material. I declare that this is true and accurate under penalty of perjury under the laws of the United States of America.
For the purposes of this matter, I consent to the jurisdiction of the Federal District Court for the judicial district in which I reside. I also consent to service of process by the person providing notification under Section512(c)(1)(C)or that person's agent. However, by this letter, I do not waive any other rights, including the ability to pursue an action for the removal or disabling of access to this material, if wrongful.
Having complied with the requirements of Section 512(g)(3), I remind you that you must now replace the blocked or removed material and cease disabling access to it within fourteen business days of your receipt of this notice. Please notify me when this has been done.
I appreciate your prompt attention to this matter. If you have any questions about this notice, please do not hesitate to contact me.
Sincerely,

Arun Mariappan
Socialsoft Inc
81 Encina Ave, Palo Alto CA 94301


dmca_consent_statement: checked
dmca_consent_statementtwo: checked
dmca_signature: Arun Mariappan
dmca_signature_date_day: 17
dmca_signature_date_month: 5
dmca_signature_date_year: 2012
form: dmca_counter
full_name: Arun mariappan
geolocation: US
hidden_product: androidmarket
material_location_1:
https://play.google.com/apps/publish/Home?dev_acc=150369912810641921 18#StatsPlace:p=com.thesocialsoft.Nyan
origin: helpcenter
phone: 8773568381
your_title:

# EXHIBIT 3



**KIA KAMRAN**
ATTORNEY AT LAW
1100 GLENDON AVENUE, 15TH FLOOR
LOS ANGELES, CALIFORNIA, USA 90024-3519
(310) 475-2626
(310) 919-1444 FAX
KIA@TUNELAW.COM

December 20, 2011

**By email (info@thesocialsoft.com) and First Class U.S. Registered Mail / Return Receipt Requested**

ARUN MARIAPPAN / Agent for Service of Process
Social Soft Inc.
501 Forest Avenue, Suite #802
Palo Alto, CA 94301

Re:   **Notice of Copyright Infringement / nyan cat**

We represent Mr. Christopher Torres as legal counsel. Mr. Torres is the worldwide copyright owner of the work of visual art "Nyan Cat" as evidenced by U.S. Copyright Registration Number VAu001063390 (the "**Work**"). Mr. Torres also has common law trademark rights in and to the trademark "Nyan Cat", and is the owner of pending application serial number 85357643 for such mark with the US Patent and Trademark Office.

We have been advised that **SocialSoft Inc.** is offering and advertising iPhone®, iPad®, iPod Touch® and Android application by the name of **"nyan cat [original]" and "nyan cat [full]"** for sale on iTunes store located at (http://itunes.apple.com/us/app/nyan-cat-original/id472614843?mt=8&ls=1)(http://itunes.apple.com/us/app/nyan-cat-original/id472614843?mt=8), http://itunes.apple.com/us/app/nyan-cat-full/id480496291?mt=8&ls=1) (http://itunes.apple.com/us/app/nyan-cat-full/id480496291?mt=8) and Android Market located at (https://market.android.com/details?id=com.thesocialsoft.Nyan).

This material is infringing our client's copyright in and to the Work including but not limited to the violation of our client's exclusive right of reproduction (17 U.S.C. §106 (1)), distribution (17 U.S.C. §106 (3)), public display (17 U.S.C §106(5)), and adaptation (17 U.S.C. §106(2)) under US Copyright law pursuant to section 17 U.S.C. §501 thereof.

This is to demand an immediate take-down of such application, and that you also provide us with complete sales and download information regarding these application so that we may enter into a settlement agreement and payment arrangement. Failure to comply with the foregoing may lead to legal action, including against all persons and entities actively, contributively, or vicariously involved in the infringing. We look forward to hearing from you **no later than Friday, December 23, 2011** Your failure to respond will be deemed a repudiation of our offer to resolve this infringement amicably, and will result in legal action.

      This document is not an exhaustive listing of the causes of action that our client may avail itself of in the event of litigation. In addition, nothing contained herein is intended as, nor should be deemed to constitute, a waiver or relinquishment of any of our clients' rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

                         Sincerely yours,

                         Kia Kamran
                         ATTORNEY AT LAW

C      Christopher Torres
       Ben Clark

Initials: ME____

**EXHIBIT 4**

**Jordan Susman**

| | |
|---|---|
| From: | Socialsoft software inc [help@thesocialsoft.com] |
| Sent: | Thursday, December 22, 2011 6:16 PM |
| To: | Kia Kamran, Esq. |
| Subject: | Re: Notice of Copyright Infringement / nyan cat |

It was more as a fun project that was not meant to be a commercial game.

We found lots of artwork on the web and assumed it was in the public domain, if we had realized that it was copyrighted we would not have used it. And I would like to profusely apologize for our honest mistake and beg for you to kindly accept our apologies.

Moving forward, we would like to license the art from you so the users will continue to be happy and would like to talk to you and we want to do right by you this time. We would like to include you in any sort of revenue that the game makes as it grows and request you to kindly support us

Talk to you soon

Mark

Sent from my iPhone

On Dec 20, 2011, at 2:34 PM, "Kia Kamran, Esq." <Kia@tunelaw.com> wrote:


December 20, 2011


**By email (info@thesocialsoft.com) and First Class U.S. Registered Mail / Return Receipt Requested**

ARUN MARIAPPAN / Agent for Service of Process
Social Soft Inc.
501 Forest Avenue, Suite #802
Palo Alto, CA 94301

**Re:   Notice of Copyright Infringement / nyan cat**

    We represent Mr. Christopher Torres as legal counsel. Mr. Torres is the worldwide copyright owner of the work of visual art "Nyan Cat" as evidenced by U.S. Copyright Registration Number VAu001063390 (the "**Work**"). Mr. Torres also has common law trademark rights in and to the trademark "Nyan Cat", and is the owner of pending application serial number 85357643 for such mark with the US Patent and Trademark Office.

    We have been advised that **SocialSoft Inc.** is offering and advertising iPhone®, iPad®, iPod Touch® and Android application by the name of **"nyan cat [original]" and "nyan cat [full]"** for sale on iTunes store located at (http://itunes.apple.com/us/app/nyan-cat-original/id472614843?mt=8&ls=1)(http://itunes.apple.com/us/app/nyan-cat-original/id472614843?mt=8), http://itunes.apple.com/us/app/nyan-cat-

1

full/id480496291?mt=8&ls=1) (http://itunes.apple.com/us/app/nyan-cat-full/id480496291?mt=8) and Android Market located at (https://market.android.com/details?id=com.thesocialsoft.Nyan).

      This material is infringing our client's copyright in and to the Work including but not limited to the violation of our client's exclusive right of reproduction (17 U.S.C. §106 (1)), distribution (17 U.S.C. §106 (3)), public display (17 U.S.C §106(5)), and adaptation (17 U.S.C. §106(2)) under US Copyright law pursuant to section 17 U.S.C. §501 thereof.

      This is to demand an immediate take-down of such application, and that you also provide us with complete sales and download information regarding these application so that we may enter into a settlement agreement and payment arrangement. Failure to comply with the foregoing may lead to legal action, including against all persons and entities actively, contributively, or vicariously involved in the infringing. We look forward to hearing from you **no later than Friday, December 23, 2011** Your failure to respond will be deemed a repudiation of our offer to resolve this infringement amicably, and will result in legal action.

      This document is not an exhaustive listing of the causes of action that our client may avail itself of in the event of litigation. In addition, nothing contained herein is intended as, nor should be deemed to constitute, a waiver or relinquishment of any of our clients' rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

                                    Sincerely yours,

                                      /electronic signature/

                                    Kia Kamran
                                    ATTORNEY AT LAW

C        Christopher Torres
         Ben Clark

**WE HAVE MOVED -- PLEASE NOTE OUR NEW ADDRESS INFORMATION:**

Kia Kamran
Attorney at Law
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024-3519
(310) 475-2626
(310) 919-1444 fax
Kia@TuneLaw.Com
www.TuneLaw.Com ™

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited and may even be unlawful. If you have received this communication in error, please accept our apologies for the inconvenience, notify us immediately by e-mail, and delete the original message. Thank you for reading this. Here's an article on these email disclaimers: http://bit.ly/hghpwE <http://bit.ly/hghpwE>.

# EXHIBIT 5

On Fri, Dec 23, 2011 at 10:12 AM, Kia Kamran, Esq. (ip) <kia@tunelaw.com> wrote:
Thank you for your email. I will discuss with client upon return from holidays after jan 3rd. In meantime, please remove from iTunes store as well, and advise about prior sales. I trust you appreciate that your cooperation is essential in determining how we proceed. Also please provide full name and contact info.

Sent from my iPhone hence poor spellung.

WE HAVE MOVED-PLEASE NOTE OUR NEW ADDRESS:

Kia Kamran
Attorney at Law
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024-3519
(310) 475-2626
(310) 919-1444 fax
Kia@TuneLaw.Com
www.TuneLaw.Com (tm)

On Dec 22, 2011, at 6:16 PM, Socialsoft software inc <help@thesocialsoft.com> wrote:

> It was more as a fun project that was not meant to be a commercial game.
>
> We found lots of artwork on the web and assumed it was in the public domain, if we had realized that it was copyrighted we would not have used it. And I would like to profusely apologize for our honest mistake and beg for you to kindly accept our apologies.
>
> Moving forward, we would like to license the art from you so the users will continue to be happy and would like to talk to you and we want to do right by you this time. We would like to include you in any sort of revenue that the game makes as it grows and request you to kindly support us
>
> Talk to you soon
>
> Mark

1