Jordan Susman (SBN 246116)
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone:  310-201-0005
Facsimile:  310-201-0045

Attorney for Plaintiffs
CHRISTOPHER ORLANDO TORRES
and NYANIFY, INC.

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ORLANDO TORRES, an individual, NYANIFY, INC., a Texas Corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>ARUN MARIAPPAN, an individual, SOCIALSOFT, INC., a California Corporation,<br><br>     Defendant. | Case No.:  CV12-8514 CAS (SSx)<br><br>**DECLARATION OF JORDAN SUSMAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>[Motion for Default Judgment; Declaration of Kia Kamran filed concurrently herewith]<br><br>Date:   Sept. 9, 2013<br>Time:   10:00 a.m.<br>Courtroom: 5 |

-1-
**DECLARATION**

## DECLARATION OF JORDAN SUSMAN

I, Jordan Susman, declare as follows:

1.      I am a member of the State Bar of California and am admitted to practice before this Court.  I am an attorney at Freedman + Taitelman, LLP and counsel for Plaintiffs.  The matters stated below are based on my personal knowledge, unless noticed specifically otherwise.  If called as a witness, I could and would testify competently thereto.

2.      On March 16, 2013, Defendants Arun Mariappan and SocialSoft, Inc. were served with a copy of the Summons and Complaint in this action via substitute service.  Attached hereto as Exhibit 1 is a true and correct copy of the proof of service upon Mariappan.  Attached hereto as Exhibit 2 is a true and correct copy of the proof of service upon SocialSoft.

3.      On March 20, 2013, I caused the proofs of service to be filed with the Court.

4.      To date, Defendants have failed to file a responsive pleading.

5.      On May 7, 2013, I caused to be filed with the Court requests for entry of default against Defendants.

6.      On May 9, 2013, the Clerk of the Court entered default against Defendants.  Attached hereto as Exhibit 3 is a true and correct copy of the Clerk's entry of default against Defendants.

7.      On or about October 12, 2012, I spoke via telephone with Mariappan. Mariappan represented to me that he would accept service of the complaint and summons at an address in Palo Alto, California.  Although I arranged for mail service at that address, Mariappan refused to accept service.  Consequently, on October 29, 2012, I sent the Summons and Complaint to Mariappan via email. The email addresses I used were: fotoroll@gmail.com, write2mark1@gmail.com, fbhelp@gmail.com, info@thesocialsoft.com, and contact@thesocialsoft.com.

-2-
**DECLARATION**

1   Attached hereto as Exhibit 4 is a true and correct copy of my October 29, 2012
2   email.  Later that day, I received an email from Mariappan from
3   write2mark1@gmail.com.  Attached hereto as Exhibit 5 is a true and correct copy
4   of Mariappan's October 29, 2012 email.
5         8.     On January 16, 2013, I performed a Lexis search for the name Arun
6   Mariappan in California.  The search stated that Arun Mariappan is associated
7   with the business SocialSoft.  The search gave no indication that Mariappan is in
8   the military.  Attached hereto as Exhibit 6 is a true and correct copy of the Lexis
9   search results.
10        9.     On July 1, 2013, I performed a search of the California Secretary of
11  State website for the business SocialSoft, Inc. Attached hereto as Exhibit 7 is a
12  true and correct copy of the search results, which list Mariappan as the agent for
13  service of process for SocialSoft.
14        10.    On or about October 12, 2012, I spoke via telephone with Mariappan.
15  Mariappan was articulate in our telephone call in a manner that strongly suggested
16  he is not a minor or incompetent person.  Among other things, Mariappan
17  acknowledged that he controlled SocialSoft, and that he marketed and sold
18  products that are deliberately similar to the Nyan Cat.
19        11.    On July 2, 2012, my office sent copies of the attached motion to
20  Mariappan at (1) the email addresses previously used to communicate with
21  Mariappan: fotoroll@gmail.com, write2mark1@gmail.com, fbhelp@gmail.com,
22  info@thesocialsoft.com, and contact@thesocialsoft.com, (2) the physical address
23  listed on the California Secretary of State website for SocialSoft: 501 Forest Ave.
24  #802, Palo Alto, CA  94301, (3) the address Mariappan gave Google in his
25  counter-notification related to Plaintiffs' copyright: 81 Encina Ave, Palo Alto CA
26  94301, and (4) the address where Mariappan and SocialSoft were served the
27  complaint and summons in this action via substitute service: 311 Everett Avenue,
28  Apt. C, Palo Alto, CA 94301.  The proof of service attached to this motion

**DECLARATION**

1    contains the foregoing.

2         12.    On or about October 12, 2012, I spoke via telephone with Mariappan.

3    In our conversation, Mariappan admitted that he and SocialSoft had created,

4    marketed and sold goods that infringed upon Plaintiffs' intellectual property.

5    Mariappan attempted to defend his actions by claiming that he had not sold many

6    goods.  Mariappan refused to engage in good faith settlement negotiations with

7    me and only offered a nuisance value amount of less than $5,000.

8         13.    On July 1, 2013, I accessed the online Apple iTunes store at

9    https://itunes.apple.com/us/app/nyan-cat-full/id480496291?mt=8&ls=1, which

10   advertised a product called "rainbow cat [full]" by SocialSoft, Inc.  A true and

11   correct copy of the webpage is attached hereto as Exhibit 8.

12        14.    On July 1, 2013, I accessed the online Google Android store at

13   https://play.google.com/store/apps/details?id=co.socialsoft.Nyan&hl=en, which

14   advertised a product called "rainbow cat" by SocialSoft.  A true and correct copy

15   of the webpage is attached hereto as Exhibit 9.

16        15.    On July 1, 2013, I accessed the website Appszoom, which sells apps

17   for Google Android devises.  Among the app being marketed was one called

18   "nyan cat" by SocialSoft at

19   http://www.appszoom.com/android_games/arcade_and_action/nyan-

20   cat_bpiyq.html.  A true and correct copy of the webpage is attached hereto as

21   Exhibit 10.

22        16.    On July 1, 2013, I accessed the website socialsoft.co, which

23   advertises an application called "rainbow cat" and provides links for obtaining the

24   app.  A true and correct copy of the SocialSoft webpage is attached hereto as

25   Exhibit 11.

26        17.    On July 1, 2013, I accessed the "about" link on the website

27   socialsoft.co.  According to the "about" webpage: "SocialSoft develops free-to-

28   play mobile games that are ridiculously fun."  The "about" webpage further states

-4-

**DECLARATION**

that there have been 900,000 downloads of the Rainbow Cat app, and 11 million sessions.  A true and correct copy of the SocialSoft "about" webpage (http://socialsoft.co/about.php) is attached hereto as Exhibit 12.

18.     On October 31, 2012, I sent an email to Mariappan requesting a valid address and seeking information related to payments he and SocialSoft received for Nyan Cat knock off products.  A true and correct copy of my email is attached hereto as Exhibit 13

I declare under penalty and perjury under the laws of the United States of the foregoing is true and correct.

Executed this 2nd day of July, 2013, at Los Angeles, California.

_____
/s/
JORDAN SUSMAN, Esq.

-5-
**DECLARATION**

# EXHIBIT 1

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| JORDAN SUSMAN ESQ., Bar #246116 | | | | |

*Attorney or Party without Attorney:*
JORDAN SUSMAN ESQ., Bar #246116
Law Offices Of: SUSMAN, JORDAN
1901 AVENUE OF THE STARS, SUITE 500
LOS ANGELES, CA 90067
*Telephone No:* 310-201-0005      *FAX No:* 310-201-0045

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
  United States District Court For The Central District Of California

*Plaintiff:* CHRISTOPHER ORLANDO TORRES, ET AL

*Defendant:* ARUN MARIAPPAN, ET AL

| PROOF OF SERVICE SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* CV12-8514-CAS (SSx) |
|---|---|---|---|---|

*1.  At the time of service I was at least 18 years of age and not a party to this action.*

2.  I served copies of the SUMMONS AND COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR
     PROGRAM;NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ADR; CIVIL COVER SHEET;; NOTICE
     OF INTERESTED PARTIES;NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

3.  a. *Party served:*                              ARUN MARIAPPAN, AN INDIVIDUAL
     b. *Person served:*                            JOHN DOE, REFUSED TO GIVE HIS NAME,, Middle Eastern, Male, 40 Years
                                                              Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 160 Pounds

4.  *Address where the party was served:*        311 EVERETT AVENUE, APT. C
                                                              PALO ALTO, CA  94301

5.  I served the party:
     a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to receive service of
         process for the party (1) on: Sat., Mar. 16, 2013 (2) at: 9:55AM  (By Federal Rule 4)

7.  *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. SCOTT M. FEELY                                        d.  *The Fee for Service was:*



                                                              e.  I am: (3)  registered California process server
**A & A LEGAL SERVICE**                                              (i)   Independent Contractor
                                                                      (ii)  Registration No.:        432
1541 Bayshore Hwy.        Toll Free (855) 388-9243            (iii) County:                San Mateo
Burlingame, CA 94010-1602   FAX (855) 388-9240               (iv)  Expiration Date:       Sat, May. 31, 2014
                           general@AALegalService.com

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Mar. 18, 2013

Judicial Council Form                    PROOF OF SERVICE                              (SCOTT M. FEELY)
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                                              5003493.79892

| Attorney or Party without Attorney:<br>JORDAN SUSMAN ESQ., Bar #246116<br>Law Offices Of: SUSMAN, JORDAN<br>1901 AVENUE OF THE STARS, SUITE 500<br>LOS ANGELES, CA 90067<br>Telephone No: 310-201-0005       FAX No: 310-201-0045 | For Court Use Only |
|---|---|

Ref. No or File No.:

Attorney for: Plaintiff

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Central District Of California

Plaintiff: CHRISTOPHER ORLANDO TORRES, ET AL

Defendant: ARUN MARIAPPAN, ET AL

| **PROOF OF SERVICE**<br>**By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV12-8514-CAS (SSx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS AND COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ADR; CIVIL COVER SHEET;; NOTICE OF INTERESTED PARTIES;NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

    a. Date of Mailing:                      Mon., Mar. 18, 2013
    b. Place of Mailing:                    BURLINGAME, CA 94010
    c. Addressed as follows:              ARUN MARIAPPAN, AN INDIVIDUAL
                                          311 EVERETT AVENUE, APT. C
                                          PALO ALTO, CA 94301

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Mar. 18, 2013 in the ordinary course of business.

5. Person Serving:
    a. KATHLEEN KING                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
    b. A & A LEGAL SERVICE            d. *The Fee for Service was:*
       1541 Bayshore Hwy.               e. I am: (3) registered California process server
       BURLINGAME, CA 94010                   *(i)*    Employee
    c. (650) 697-9431, FAX (650) 697-4640       *(ii)*   *Registration No.:*    2012-0001147
                                          *(iii)*  *County:*           San Francisco
                                            *(iv)*  *Expiration Date:*   Fri, Jan. 31, 2014

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Mar. 18, 2013

Judicial Council Form                           PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007               By Mail              (KATHLEEN KING)      5003493.79892

EXHIBIT 2

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JORDAN SUSMAN ESQ., Bar #246116<br>Law Offices Of: SUSMAN, JORDAN<br>1901 AVENUE OF THE STARS, SUITE 500<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-201-0005       *FAX No:* 310-201-0045 | *For Court Use Only* |

*Attorney for:* Plaintiff

*Ref. No. or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* CHRISTOPHER ORLANDO TORRES, ET AL

*Defendant:* ARUN MARIAPPAN, ET AL

| PROOF OF SERVICE<br>SUMMONS & COMPLAINT | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV12-8514-CAS (SSx) |
|---|---|---|---|---|

*1.   At the time of service I was at least 18 years of age and not a party to this action.*

2.   I served copies of the SUMMONS AND COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR
     PROGRAM;NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ADR; CIVIL COVER SHEET;; NOTICE
     OF INTERESTED PARTIES;NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

*3.   a. Party served:*                          SOCIALSOFT, INC., A CALIFORNIA CORPORATION BY SERVING: ARUN
                                                 MARIAPPAN,
     *b. Person served:*                         SEE ITEM 5b

*4.   Address where the party was served:*       311 EVERETT AVENUE, APT. C
                                                 PALO ALTO, CA 94301

*5.   I served the party:*
     b. **by substituted service.** On: Sat., Mar. 16, 2013 at: 9:55AM I left the documents listed in item 2 with or in the presence of:
                                                 JOHN DOE,, Middle Eastern, Male, 40 Years Old, Brown Hair, Brown Eyes, 5
                                                 Feet 7 Inches, 160 Pounds (By Federal Rule 4)
     (2)  **(Home)**Co-tenant. I informed him or her of the general nature of the papers.
     (4)  A declaration of mailing is attached.

*7.  Person Who Served Papers:*                                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
     a. SCOTT M. FEELY                           d.  *The Fee for Service was:*



1541 Bayshore Hwy.          Toll Free (855) 388-9243
Burlingame, CA 94010-1602   FAX (855) 388-9240
                            general@AALegalService.com

                                                 e.  I am: (3)  registered California process server
                                                      *(i)*    Independent Contractor
                                                      *(ii)*   Registration No.:    432
                                                      *(iii)*  County:              San Mateo
                                                      *(iv)*   Expiration Date:     Sat, May. 31, 2014

*8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date:Mon, Mar. 18, 2013

                                                                          _____
                                                                          (SCOTT M. FEELY)

Judicial Council Form                PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                                          5003493.79891

| | *For Court Use Only* |
|---|---|
| *Attorney or Party without Attorney:*<br>JORDAN SUSMAN ESQ., Bar #246116<br>Law Offices Of: SUSMAN, JORDAN<br>1901 AVENUE OF THE STARS, SUITE 500<br>LOS ANGELES, CA 90067<br>*Telephone No:* 310-201-0005      *FAX No:* 310-201-0045 | |

*Attorney for:* Plaintiff     *Ref. No or File No.:*

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Central District Of California

*Plaintiff:* CHRISTOPHER ORLANDO TORRES, ET AL

*Defendant:* ARUN MARIAPPAN, ET AL

| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV12-8514-CAS (SSx) |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS AND COMPLAINT; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM;NOTICE TO PARTIES: COURT POLICY ON SETTLEMENT AND USE OF ADR; CIVIL COVER SHEET;; NOTICE OF INTERESTED PARTIES;NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:         Mon., Mar. 18, 2013
   b. Place of Mailing:        BURLINGAME, CA 94010
   c. Addressed as follows:    SOCIALSOFT, INC., A CALIFORNIA CORPORATION BY SERVING: ARUN
                               MARIAPPAN,
                               311 EVERETT AVENUE, APT. C
                               PALO ALTO, CA 94301

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Mar. 18, 2013 in the ordinary course of business.

5. *Person Serving:*                                      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. KATHLEEN KING                             d. *The Fee for Service was:*
   b. A & A LEGAL SERVICE                       e. I am: (3) registered California process server
      1541 Bayshore Hwy.                            (i)    Employee
      BURLINGAME, CA 94010                          (ii)   *Registration No.:*   2012-0001147
   c. (650) 697-9431, FAX (650) 697-4640            (iii)  *County:*             San Francisco
                                                    (iv)   *Expiration Date:*    Fri, Jan. 31, 2014

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Mon, Mar. 18, 2013

   Judicial Council Form                    PROOF OF SERVICE              (KATHLEEN KING)
   Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail                                    5003493.79891

EXHIBIT 3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Christopher Orlando Torres

PLAINTIFF(S)

v.

Nyanify Inc., et al

DEFENDANT(S).

CASE NUMBER

CV12-8514-CAS(SSx)

### DEFAULT BY CLERK
### F.R.Civ.P. 55(a)

It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Arum Mariappan an individual

SocialSoft Inc. a California corporation

Clerk, U. S. District Court

May 9, 2013

Date

By  Brent Pacillas

Deputy Clerk

CV-37 (10/01)                         DEFAULT BY CLERK F.R.Civ.P. 55(a)

# EXHIBIT 4

## Jordan Susman

| | |
|---|---|
| **From:** | Jordan Susman |
| **Sent:** | Monday, October 29, 2012 6:22 PM |
| **To:** | 'mark !'; 'fotoroll@gmail.com'; 'fbhelp@gmail.com'; 'info@thesocialsoft.com'; 'contact@thesocialsoft.com' |
| **Subject:** | Torres v. Mariappan |
| **Attachments:** | Torres v Social Soft; Notice of ADR.pdf; Cover sheet. notice of assignment. certificate of interested parties.pdf; summons and complaint.pdf; waiver.pdf |

Arun,

Per our conversation on October 12, 2012 (see attached), you agreed to accept service of the complaint and thereby avoid liability for the cost of service.

Unfortunately, the address you gave to me (81 Encina Ave. in Palo Alto) is not a proper address for mail service to you – which is not the first time you have made a misrepresentations to one of Mr. Torres's representatives.

Attached please find a copy of the lawsuit, the summons and other documents.  Please return the attached agreement to waive service, or we will hold you liable for all costs associated with service, including the costs of hiring someone to find your actual location.

Thank you,
Jordan

## Jordan Susman, Esq.

Of Counsel
Freedman + Taitelman, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California  90067
(310) 201-0005 Phone
(310) 201-4294 Direct
(310) 201-0045 Facsimile



www.ftllp.com

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**EXHIBIT 5**

**Jordan Susman**

| | |
|---|---|
| **From:** | mark ! [write2mark1@gmail.com] |
| **Sent:** | Monday, October 29, 2012 8:07 PM |
| **To:** | Jordan Susman |
| **Subject:** | Re: Torres v Social Soft |

Jordan

it was a worthless app it did few hundreds of downloads its a free app... there is nothing here, we dont want to waste your time and ours. please drop this case and we can move forward

1

EXHIBIT 6

**1 OF 1 RECORD(S)**

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2012 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved.

| Full Name | Address | Phone |
|---|---|---|
| KUMARAN, AR-UN RAMKUMARAN M | 311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419<br>SANTA CLARA COUNTY | None Listed |

## ADDITIONAL PERSONAL INFORMATION

| SSN | DOB | Gender | LexID(sm) |
|---|---|---|---|
| 387-25-XXXX | 10/1980 (Age:32) | Male | 038900999613 |

SSN linked to multiple people

## Subject Summary

### Name Variations
1: ARUN, MARIAPPAN
2: KUMARAN, ARUN
3: KUMARAN, ARUN R
4: KUMARAN, ARUN RAMKUMARAN M
5: KUMARANMARIAPPAN, ARUN RAM
6: MARIAPPAN, ARUN
7: MARIAPPAN, ARUN R
8: MARIAPPAN, ARUN RAM
9: MARIAPPAN, ARUN RAMKUMARAN M
10: MARIAPPAN, ARUNRAMKUMA

### SSNs Summary

| No. | SSN | State Iss. | Date Iss. | Warnings |
|---|---|---|---|---|
| | | Most frequent SSN attributed to subject: | | |
| 1: | 387-25-XXXX | Wisconsin | 2003-2005 | SSN linked to multiple people |

### DOBs
**Reported DOBs:**
10/1980

### Possible E-Mail Addresses
VC_ENTERPRISE@YAHOO.COM
ARUNRAMKUMARAN@HOTMAIL.COM
ARUNRAMKUMARAN@MSN.COM

### Others Using SSN - 1 records found

| # | Full Name | SSN | DOB |
|---|---|---|---|
| 1: | MARIAPPAN, ARUN | 387-25-XXXX | 8/1980 |
| 2: | MARIAPPAN, ARUN RKUMARAN | 387-25-XXXX | |

### Address Summary - 14 records found

| No. | Address |
|---|---|
| 1: | 311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419<br>SANTA CLARA COUNTY |

2:    1035 ASTER AVE APT 2219
      SUNNYVALE, CA 94086-2234
      SANTA CLARA COUNTY

3:    4243 CAMPUS POINT CT APT BB222B4
      SAN DIEGO, CA 92121-1513
      SAN DIEGO COUNTY

4:    1055 E EVELYN AVE APT 23
      SUNNYVALE, CA 94086-6707
      SANTA CLARA COUNTY

5:    2232 N POINT ST APT 4
      SAN FRANCISCO, CA 94123-1426
      SAN FRANCISCO COUNTY

6:    501 FOREST AVE APT 802
      PALO ALTO, CA 94301-2614
      SANTA CLARA COUNTY

7:    1035 ASTER AVE APT 2209
      SUNNYVALE, CA 94086-2224
      SANTA CLARA COUNTY

8:    1600 VILLA ST APT 256
      MOUNTAIN VIEW, CA 94041-1172
      SANTA CLARA COUNTY

9:    1235 WILDWOOD AVE APT 164
      SUNNYVALE, CA 94089-2712
      SANTA CLARA COUNTY

10:   40 N ORCHARD ST
      MADISON, WI 53715-1243
      DANE COUNTY

11:   314 S CHAUNCEY AVE APT 6
      WEST LAFAYETTE, IN 47906-5941
      TIPPECANOE COUNTY

12:   495 E JAVA DR
      SUNNYVALE, CA 94089-1125
      SANTA CLARA COUNTY

13:   1932 UNIVERSITY AVE APT 304
      MADISON, WI 53726-4057
      DANE COUNTY

14:   723 BELINDER LN APT 2209
      SCHAUMBURG, IL 60173-5274
      COOK COUNTY

**Address Details**
**1: 311 EVERETT AVE APT C PALO ALTO, CA 94301-1419**

| Address | Dates | Phone |
|---|---|---|
| 311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419<br>SANTA CLARA COUNTY | 12/2011 -<br>12/2012 | |

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $104,953

Median Home Value: $899,351
Median Education: 18 years
**Household Members**
MARIAPPAN, ANAND R
MARIAPPAN, ASHOK RAJ KUMARAN
MARIAPPAN, MURUGA
MARIAPPAN, RAJESWARI
**Other Associates**
None Listed

### 2: 1035 ASTER AVE APT 2219 SUNNYVALE, CA 94086-2234

| Address | Dates | Phone |
|---|---|---|
| 1035 ASTER AVE APT 2219<br>SUNNYVALE, CA 94086-2234<br>SANTA CLARA COUNTY | 6/2006 -<br>10/2012 | |

**Census Data for Geographical Region**
Median Head of Household Age: 31
Median Income: $89,201
Median Home Value: $400,000
Median Education: 14 years
**Household Members**
MARIAPPAN, ARUN RKUMARAN
**Other Associates**
RANGAN, SMRITI

### 3: 4243 CAMPUS POINT CT APT BB222B4 SAN DIEGO, CA 92121-1513

| Address | Dates | Phone |
|---|---|---|
| 4243 CAMPUS POINT CT APT BB222B4<br>SAN DIEGO, CA 92121-1513<br>SAN DIEGO COUNTY | 7/2004 -<br>10/2012 | |

**Census Data for Geographical Region**
Median Head of Household Age: 29
Median Income: $67,143
Median Home Value: $440,244
Median Education: 16 years
**Household Members**
None Listed
**Other Associates**
None Listed

### 4: 1055 E EVELYN AVE APT 23 SUNNYVALE, CA 94086-6707

| Address | Dates | Phone |
|---|---|---|
| 1055 E EVELYN AVE APT 23<br>SUNNYVALE, CA 94086-6707<br>SANTA CLARA COUNTY | 10/2006 -<br>3/2011 | |

**Census Data for Geographical Region**
Median Head of Household Age: 31
Median Income: $88,095
Median Home Value: $380,342
Median Education: 15 years
**Household Members**
MARIAPPAN, ANAND R
MARIAPPAN, MURUGA
**Other Associates**

None Listed

**5: 2232 N POINT ST APT 4 SAN FRANCISCO, CA 94123-1426**

**Address**                                    Dates          Phone
2232 N POINT ST APT 4                          8/2010 -
SAN FRANCISCO, CA 94123-1426                   11/2010
SAN FRANCISCO COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 38
Median Income: $140,726
Median Home Value: $1,000,000
Median Education: 16 years
**Household Members**
None Listed
**Other Associates**
None Listed

**6: 501 FOREST AVE APT 802 PALO ALTO, CA 94301-2614**

**Address**                                    Dates          Phone
501 FOREST AVE APT 802                         1/2008 -
PALO ALTO, CA 94301-2614                       11/2010
SANTA CLARA COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 44
Median Income: $99,023
Median Home Value: $862,319
Median Education: 17 years
**Household Members**
MARIAPPAN, ASHOK RAJ KUMARAN
**Other Associates**
None Listed

**7: 1035 ASTER AVE APT 2209 SUNNYVALE, CA 94086-2224**

**Address**                                    Dates          Phone
1035 ASTER AVE APT 2209                        9/2009 - 9/2009
SUNNYVALE, CA 94086-2224
SANTA CLARA COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 31
Median Income: $89,201
Median Home Value: $400,000
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**8: 1600 VILLA ST APT 256 MOUNTAIN VIEW, CA 94041-1172**

**Address**                                    Dates          Phone
1600 VILLA ST APT 256                          6/2007 - 1/2008
MOUNTAIN VIEW, CA 94041-1172
SANTA CLARA COUNTY
**Census Data for Geographical Region**
Median Head of Household Age: 30
Median Income: $61,590

Median Home Value: $696,429
Median Education: 13 years
**Household Members**
MARIAPPAN, ASHOK RAJ KUMARAN
MARIAPPAN, MURUGA
**Other Associates**
None Listed

### 9: 1235 WILDWOOD AVE APT 164 SUNNYVALE, CA 94089-2712

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 1235 WILDWOOD AVE APT 164<br>SUNNYVALE, CA 94089-2712<br>SANTA CLARA COUNTY | 5/2006 -<br>10/2006 | |

**Census Data for Geographical Region**
Median Head of Household Age: 33
Median Income: $85,648
Median Home Value: $622,222
Median Education: 13 years
**Household Members**
None Listed
**Other Associates**
None Listed

### 10: 40 N ORCHARD ST MADISON, WI 53715-1243

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 40 N ORCHARD ST<br>MADISON, WI 53715-1243<br>DANE COUNTY | 1/2005 - 8/2006 | |

**Census Data for Geographical Region**
Median Head of Household Age: 21
Median Income: $15,200
Median Home Value: $0
Median Education: 15 years
**Household Members**
KUMARAN, ASHOK
**Other Associates**
None Listed

### 11: 314 S CHAUNCEY AVE APT 6 WEST LAFAYETTE, IN 47906-5941

| **Address** | **Dates** | **Phone** |
|---|---|---|
| 314 S CHAUNCEY AVE APT 6<br>WEST LAFAYETTE, IN 47906-5941<br>TIPPECANOE COUNTY | 3/2006 - 6/2006 | |

**Census Data for Geographical Region**
Median Head of Household Age: 21
Median Income: $12,469
Median Home Value: $0
Median Education: 13 years
**Household Members**
MARIAPPAN, MURUGA
**Other Associates**
None Listed

### 12: 495 E JAVA DR SUNNYVALE, CA 94089-1125

| Address | Dates | Phone |
|---|---|---|
| 495 E JAVA DR<br>SUNNYVALE, CA 94089-1125<br>SANTA CLARA COUNTY | 4/2006 - 4/2006 | (408)<br>215-6632(408)<br>419-5300(408)<br>822-6000 |

**Census Data for Geographical Region**
Median Head of Household Age: 35
Median Income: $58,008
Median Home Value: $468,571
Median Education: 12 years
**Household Members**
None Listed
**Other Associates**
None Listed

**13: 1932 UNIVERSITY AVE APT 304 MADISON, WI 53726-4057**

| Address | Dates | Phone |
|---|---|---|
| 1932 UNIVERSITY AVE APT 304<br>MADISON, WI 53726-4057<br>DANE COUNTY | 9/2003 -<br>11/2004 | |

**Census Data for Geographical Region**
Median Head of Household Age: 22
Median Income: $30,068
Median Home Value: $572,500
Median Education: 16 years
**Household Members**
MARIAPPAN, ARUN RKUMARAN
**Other Associates**
None Listed

**14: 723 BELINDER LN APT 2209 SCHAUMBURG, IL 60173-5274**

| Address | Dates | Phone |
|---|---|---|
| 723 BELINDER LN APT 2209<br>SCHAUMBURG, IL 60173-5274<br>COOK COUNTY | | (847) 485-8125 |

**Census Data for Geographical Region**
Median Head of Household Age: 32
Median Income: $56,489
Median Home Value: $219,231
Median Education: 14 years
**Household Members**
None Listed
**Other Associates**
None Listed

**Driver Licenses - 1 records found**

**1: Wisconsin Driver License**

**Driver Information**
Name: MARIAPPAN, ARUN RAMKUMARAN M
Address: 1932 UNIVERSITY AVE #304
MADISON, WI 53726-4057
DANE COUNTY
Data source: Governmental: WI
**Personal Information**

**SSN:** 387-25-XXXX
**DOB:** 10/1980
**Gender:** Male

### License Information

**License Type:** RECORD CREATED FOR CONVICTION ONLY (CAN BE WISCONSIN OR OUT OF STATE)

**Issue Date:** 03/18/2004

### Additional Driver Information

**DOB:** 10/1980
**Gender:** Male
**History:** Current

## Potential Relatives - 10 records found

1st Degree: 10

| No. | Full Name | Address/Phone |
|-----|-----------|---------------|
| 1. | MARIAPPAN, ASHOK RAJ KU-MARAN<br> • AKA MARIAPPAN, ASHOR-RAJ RAJ<br> • AKA MAUAPPAN, ASHOK<br> • AKA MARIAPPAN, ASHOKRAJ K<br> • AKA KUMARAN MARIAPPAN, ASHOK RAJ<br> • AKA MARIAPPAN, A<br>SSN:317-27-XXXX | 311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419<br><br>1 SAINT FRANCIS PL APT 1107<br>SAN FRANCISCO, CA 94107-1345<br><br>170 WAVERLEY ST APT B<br>PALO ALTO, CA 94301-1143<br><br>501 FOREST AVE APT 802<br>PALO ALTO, CA 94301-2614<br><br>1600 VILLA ST APT 256<br>MOUNTAIN VIEW, CA 94041-1172 |
| 2. | MARIAPPAN, ANAND R<br>SSN:311-31-XXXX<br>DOB:1984<br>(Age: 29) | 1055 E EVELYN AVE APT 23<br>SUNNYVALE, CA 94086-6707<br><br>688 110TH AVE NE APT S190<br>BELLEVUE, WA 98004-8344<br><br>688 110TH AVE NE APT S1907<br>BELLEVUE, WA 98004-8447<br><br>312 2ND AVE W APT 422<br>SEATTLE, WA 98119-4125<br><br>311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419 |
| 3. | MARIAPPAN, ARUN RKUMARAN<br>SSN:387-25-XXXX<br>DOB:8/1980<br>(Age: 32) | 2232 N POINT ST APT 4N<br>SAN FRANCISCO, CA 94123-1426<br><br>45 N ORCHARD ST APT 213N<br>MADISON, WI 53715-2602<br><br>40 N ORCHARD ST APT 213<br>MADISON, WI 53715-1243<br><br>1932 UNIVERSITY AVE APT 304<br>MADISON, WI 53726-4057<br><br>1035 ASTER AVE APT 2219<br>SUNNYVALE, CA 94086-2234 |
| 4. | MARIAPPAN, RAJESWARI | 170 WAVERLEY ST APT B<br>PALO ALTO, CA 94301-1143<br><br>311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419 |



| 5. | MARIAPPAN, MURUGA | 314 S CHAUNCEY AVE APT 6<br>WEST LAFAYETTE, IN 47906-5941 |
| | | 314 CHAUNCEY AVE APT<br>W LAFAYETTE, IN 47906<br>(765) 743-5510 |
| 6. | KUMARAN, ASHOK | 4243 CAMPUS POINT CT<br>SAN DIEGO, CA 92121-1513 |
| 7. | MARIAPPAN, MURUGA | 311 EVERETT AVE APT C<br>PALO ALTO, CA 94301-1419 |
| 8. | MARIAPPAN, MURUGA | 1055 E EVELYN AVE APT 23<br>SUNNYVALE, CA 94086-6707 |
| 9. | MARIAPPAN, MURUGA | 1600 VILLA ST APT 256<br>MOUNTAIN VIEW, CA 94041-1172 |
| 10. | KUMARAN, ASHOK | 40 N ORCHARD ST<br>MADISON, WI 53715-1243 |

**Business Associates - 2 records found**

**1: SOCIALSOFT, INC.**

| | |
|---|---|
| **Name:** | MARIAPPAN, ARUN |
| **Address:** | 501 FOREST AVE APT 802<br>PALO ALTO, CA 94301-2614 |
| **Status:** | ACTIVE |
| **State:** | CA |
| **Corporation Number:** | C3006515 |
| **Descriptive Status:** | ACTIVE |
| **Title:** | PRESIDENT |
| **Record Type:** | CURRENT |
| **Record Date:** | 8/7/2012 |

**2: SOCIALSOFT, INC.**

| | |
|---|---|
| **Name:** | MARIAPPAN, ARUN |
| **Address:** | 501 FOREST AVE APT 802<br>PALO ALTO, CA 94301-2614 |
| **Status:** | SUSPENDED |
| **State:** | CA |
| **Corporation Number:** | C3006515 |
| **Descriptive Status:** | SUSPENDED |
| **Title:** | PRESIDENT |
| **Record Type:** | CURRENT |
| **Record Date:** | 12/4/2012 |
| **Filing Date:** | 9/4/2012 |

**Person Associates - 2 records found**

| No. | Full Name | Address | SSN | Phone | DOB |
|---|---|---|---|---|---|
| 1: | RANGAN, SMRITISMRITI, S RANGAN | 113 S MARY AVE APT 207<br>SUNNYVALE, CA 94086-58 55 | 648-32-XXXX | (408) 916-8653 | 1/1982 |
| | | 2300 IRON POINT RD APT 612<br>FOLSOM, CA 95630-8493 | | | |
| | | 1260 AYALA DR APT 105 | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | SUNNYVALE, CA 94086-5535 | | | | |
| | | 1260 AYALA DR APT 105105 | | | | |
| | | SUNNYVALE, CA 94086-5568 | | | | |
| | | 1035 ASTER AVE APT 2219 SUNNYVALE, CA 94086-2234 | | | | |
| 2: | NEELAKANTAN, UDAYAUDAYA, NEELAKANTAN | 1035 ASTER AVE APT 2219 SUNNYVALE, CA 94086-2234 | 378-29-XXXX | (916) 962-2986(916) 962-2987 | 12/1980 1980 |
| | | 8569 KERMES AVE FAIR OAKS, CA 95628-3831 | | | | |
| | | 1623 LONGBOW CT WHEELING, IL 60090-6912 | | | | |
| | | 1269 LAKESIDE DR APT 1104 SUNNYVALE, CA 94085-1051 | | | | |
| | | 1235 WILDWOOD AVE APT 186 SUNNYVALE, CA 94089-2713 | | | | |

**Neighbors - 3 records found**
**311 EVERETT AVE APT C PALO ALTO, CA 94301-1419**

| Name | Address | Phone |
|---|---|---|
| ENOTO, TERUAKI MOHSIN, NAQI NUNEZ, STEPHEN C | 311 EVERETT AVE PALO ALTO, CA 94301-1468 | |
| GOODE, DAVID L GOODE, EVA KATALIN SANTE, JOSHUA M | 311 EVERETT AVE APT A PALO ALTO, CA 94301-1419 | |
| DELARGY, COLIN C | 311 EVERETT AVE APT D PALO ALTO, CA 94301-1419 | |

**Employment   - 4 records found**
1:
       **Company Name:** SOCIALSOFT, INC.
            **Name:** MARIAPPAN, ARUN
            **Title:** PRESIDENT
      **Address:** 501 FOREST AVE APT 802
                 PALO ALTO, CA 94301-2614
            **SSN:** 387-25-XXXX
     **Confidence:** High
2:
       **Company Name:** SOCIALSOFT, INC.
            **Name:** MARIAPPAN, ARUN
            **Title:** PRIN
      **Address:** PALO ALTO, CA
            **SSN:** 387-25-XXXX
     **Confidence:** High
3:
       **Company Name:** SOCIALSOFT, INC.
            **Name:** MARIAPPAN, ARUN

Title: PRIN
Address: SAN FRANCISCO, CA
SSN: 387-25-XXXX
Confidence: High

4:

Company Name: SOCIALSOFT, INC.
Name: MARIAPPAN, ARUN
Title: PRESIDENT
Address: 1600 VILLA ST APT 256
MOUNTAIN VIEW, CA 94041-1172
SSN: 387-25-XXXX
Confidence: Medium

## Cellular & Alternate Phones - 1 records found

1:

### Personal Information

Name: KUMAR, ARUN
Address: 1932 UNIVERSITY AVE
MADISON, WI 53726-4082
Phone Number: (608) 238-2425
Phone Type:

### Carrier Information

Carrier: AMERITECH WISCONSIN
Carrier City: MADISON
Carrier State: WI

## Sources - 64 records found

| | |
|---|---|
| All Sources | 64 Source Document(s) |
| Corporate Affiliations | 2 Source Document(s) |
| Driver Licenses | 1 Source Document(s) |
| Email addresses | 1 Source Document(s) |
| Historical Person Locator | 1 Source Document(s) |
| Person Locator 1 | 9 Source Document(s) |
| Person Locator 5 | 36 Source Document(s) |
| Person Locator 6 | 8 Source Document(s) |
| PhonesPlus Records | 1 Source Document(s) |
| Utility Locator | 5 Source Document(s) |

Key

⚠ High Risk Indicator.  These symbols may prompt you to investigate further.

Moderate Risk Indicator.  These symbols may prompt you to investigate further.

General Information Indicator.  These symbols inform you that additional information is provided.

✓ The most recent telephone listing as reported by the EDA source.

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's

Department of State.

Your DPPA Permissible Use is: Litigation
Your GLBA Permissible Use is: Fraud Prevention or Detection

Copyright© 2012 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.

# EXHIBIT 7

# Business Entity Detail

Data is updated to the California Business Search on Wednesday and Saturday mornings. Results reflect work processed through Friday, June 28, 2013. Please refer to Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

| | |
|---|---|
| **Entity Name:** | SOCIALSOFT, INC. |
| **Entity Number:** | C3006515 |
| **Date Filed:** | 07/10/2007 |
| **Status:** | SUSPENDED |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 501 FOREST AVE #802 |
| **Entity City, State, Zip:** | PALO ALTO CA 94301 |
| **Agent for Service of Process:** | ARUN MARIAPPAN |
| **Agent Address:** | 501 FOREST AVE #802 |
| **Agent City, State, Zip:** | PALO ALTO CA 94301 |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Field Descriptions and Status Definitions.

Privacy Statement | Free Document Readers
Copyright © 2013   California Secretary of State

# EXHIBIT 8

Case 2:12-cv-08514-CAS-SS   Document 18-2   Filed 07/02/13   Page 33 of 51   Page ID #:132

# iTunes Preview

## Opening the iTunes Store.

If iTunes doesn't open, click the iTunes application icon in your Dock or on your Windows desktop.

## rainbow cat [full]

### By SocialSoft Inc

Open iTunes to buy and download apps.

View More By This Developer

### Description

★★★★★
"BEST GAME EVER!!!!!!!!! BIG THUMBS UP!!!!!!"
★★★★★

SocialSoft Inc Web Site    rainbow cat [full] Support

...More

### What's New in Version 1.2.2

Play rainbow cat with your friends!
Time spent with cats is never wasted.

This app is designed for both
iPhone and iPad

$0.99
Category: Games
Updated: Mar 22, 2013
Version: 1.2.2
Size: 5.8 MB
Language: English
Seller: SocialSoft Inc
© 2011 SocialSoft Inc
Rated 4+

**Requirements:** Compatible
with iPhone, iPod touch, and
iPad. Requires iOS 4.3 or later.

### Customer Ratings

We have not received enough
ratings to display an average for
the current version of this
application.

All Versions:
        116 Ratings

### More by SocialSoft Inc

Fish Friends
View In iTunes

### Screenshots

iPhone | iPad





### Customers Also Bought

Temple Climb!        Annoying Orange: ...    Minebuilder        Fishbowl Racer        Coco Loco™
Games                Games                   Games              Games                 Games

Bubble Buddies
View In iTunes

View In iTunes      View In iTunes      View In iTunes      View In iTunes      View In iTunes

rainbow cat
View In iTunes

Draw Pal
View In iTunes

**iTunes**
Like   27,792,846

**App Store**
Like   7,727,010

Become a fan of the iTunes and App Store pages on Facebook for exclusive offers, the inside scoop on new apps and more.

**iTunes**

| iTunes | More iTunes | Working with iTunes | iTunes Store |
|---|---|---|---|
| Download iTunes | Digital Music Basics | Sell Your Content | Browse iTunes Store |
| What's New? | iTunes Gifts | Content Providers | Browse App Store |
| What is iTunes? | iTunes U | Market with iTunes | Buy Music Now |
| iTunes Charts | iPod + iTunes Support | Join the Affiliate Program | Buy iTunes Gift Cards |
| | AirPlay | Link to iTunes | Redeem iTunes Gift Cards |
| | Accessibility | | iTunes Corporate Sales |
| | | | Free Single of the Week |
| | | | Inside iTunes |

Shop the Apple Online Store (1-800-MY-APPLE), visit an Apple Retail Store, or find a reseller.

Copyright © 2013 Apple Inc. All rights reserved.    Terms of Use    Privacy Policy

Apple Info    Site Map    Hot News    RSS Feeds    Contact Us 

# EXHIBIT 9

+You   Search   Images   Maps   Play   YouTube   News   Gmail   More                                    jordan.susman@gmail.com



SHOP                              MY MUSIC      MY BOOKS      MY MAGAZINES      MY MOVIES & TV      MY ANDROID APPS

## rainbow cat
Socialsoft



(48)

**INSTALL**

You don't have any devices.

### More from developer


**Bubble Buddies**
SOCIALSOFT
(570)
Free


**Fish Friends**
SOCIALSOFT
(511)
Free


**Draw Pal**
SOCIALSOFT
(67)
Free

See more ›

### Users who viewed this also viewed


**Nyan Cat: Lost In Space**
ISTOM GAMES
(25,407)
Free


**NyanCat Game**
BUTCHERSWORKSHOP
(5,429)
Free


**Nyan Cat The Game**
STATIC NOVA
(760)
Free

**Nyan Cat: Jump!**
ISTOM GAMES
(3,313)
Free

### Users who installed this also installed


**Nyan Cat Classic cave**
CODLAB
(59)
Free

OVERVIEW

## Description                                                                                118

The best rainbow cat game. Play now with your friends.

Visit Developer's Website ›    Email Developer ›

## App Screenshots



## User Reviews    Write a Review ›

| | | | |
|---|---|---|---|
| 5 star | | 27 | |
| 4 star | 1 | | |
| 3 star | 4 | | |
| 2 star | 3 | | |
| 1 star | | 13 | |

**Average rating**

**3.5**

48


**A Google User** - October 1, 2012 - Asus Nexus 7 with version 1.0
**Pointless push notifications**
Dumb game, Mario sound effects, dull gameplay. Also has pointless notifications far too often.
Spam


**Sophie roche** - March 24, 2013 - Version 1.0
**no comment**
this is really bad! im sure the game is good but it just had to go through the bother of setting up
an account then it just said 'loading' and to be honest i'm pretty sure it wasn't even loading -_-
it's a pity really! sorry for the bad review i hate ..giving hate but it is the truth !
Spam


**Darren Davis** - February 14, 2013 - HTC One X with version 1.0
**Retarded**
I'm not really sure what the point of this game is. I can't even call it a good waste of time. Sends
a useless notification up to 2-3 times a day.
Spam

Read All User Reviews ›



### ABOUT THIS APP

RATING:
(48)

UPDATED:
September 12, 2012

CURRENT VERSION:
1.0

REQUIRES ANDROID:
2.2 and up

CATEGORY:
Arcade & Action

INSTALLS:
10,000 - 50,000

last 30 days

SIZE:
7.3M

PRICE:
Free

CONTENT RATING:
Everyone



**NyanCopter**
ANDREW D'ARC
(70)
Free



**Nyan Cat: Unstoppable**
ALEXANDER VORONIN
(104)
Free



**Nyan Katamari**
S CONDIC
(16)
Free

My Orders & Settings   |   Redeem   |   Buy Gift Card   |   Buy Google Play Credit   |   English (United States)   |   Help

©2013 Google     Site Terms of Service     Devices Terms of Sale     Privacy Policy     Developers     Artists

7/1/2013 4:25 PM

# EXHIBIT 10

Discovering the Best Android Apps

Search for applications
Safe Search

Android    iPhone    Community     Categories   + Viewed   + Downloaded   Hire App Developers      Sign up    Log in



STORAGE MADE SIMPLE. GET TIPS, TRICKS AND MORE FROM THE STORAGE EXPERTS. VISIT OUR BLOG — ExtraSpace Storage — Or call 855-803-6463

AppsZoom.com » Android Games » Arcade & Action » nyan cat



**FREE**

(512)

**Download**
for Android

**nyan cat**

Socialsoft Inc.

10,000 - 50,000 downloads

Add this app to your lists

Details    Download    Screenshots (2)    Comments (65)

Ads by Google

Salesforce.com   salesforce.com/OraclePartnership
Benioff & Ellison: Together in the Cloud. Get the Details!

Nyan Cat Game
nyan cat original

Tap and hold to fly the nyan cat upwards. Let go to fall down. Avoid obstacles and collect coins. Get the cheeseburger! Nyan Nyan!

Voxer Voxer Voxer Voxer Voxer Voxer Voxer

This is the best Nyan Cat game out there! Download it now for FREE!

If you like the top free games like angry birds, fruit ninja, cut the rope, racing moto, NinJump, paper toss, blast monkeys, iRunner, tetris and so on, you should not miss this casual and amazing game.

Nyan Nyan Nyan Nyan Nyan Nyan
Nyan Nyan Nyan Nyan Nyan Nyan
Nyan Nyan Nyan Nyan Nyan Nyan
Nyan Nyan Nyan Nyan Nyan Nyan

Voxer Voxer Voxer Voxer Voxer Voxer Voxer
Voxer Voxer Voxer Voxer Voxer Voxer Voxer
Voxer Voxer Voxer Voxer Voxer Voxer Voxer

Tags: nyan cat android, iphone cat game, nyan, nyan cat original, nyan nyan cat, nyan cat, nyan cat the game, nyan android, nyancat gra na androida, nyan nyan nyan.

Recently changed in this version:

Nyan Nyan Nyan Nyan Nyan Nyan

the original iPhone nyan cat game comes to the android!!!

Screenshots nyan cat:



**Related apps**




Paper Ball (Free) (162)
FREE



Ninja Climbing (403)
FREE

Ninja Rush (15,788)
FREE



Rebound (306)
FREE

NinJump (155,982)
FREE



XTask (61)
FREE





**AppsZoom.com**
Like

454,860 people like AppsZoom.com.

Facebook social plugin

**Comments and ratings for nyan cat**

by angela on 12/12/2011

Reall cute game...kinda hard but challenging :)

by Jasmine on 11/12/2011

(:
Funnnn(:

by Christian on 11/12/2011

Good game
Good game

by Ami on 10/12/2011

Awesome gamer
If you have seen these cats on youtube,then youll love this game.

by Mike on 10/12/2011

Nyan cat
What is this? This is Eplc! I love this game, nyan cat is so fun!

by mary on 10/12/2011

poop
it sucks don't waste your time on it .it's a piece of crap

by Kendrew on 10/12/2011

Nyan
Can't turn off volume, goes thru papaya (retarded online crap) but still awesome

More comments                                    Add comment

# EXHIBIT 11

# SocialSoft

- Jobs
- About
- Support
- Contact



# Fish Friends



# Draw Pal



# Bubble Buddies

 



# rainbow cat



## <u>More Games</u>

<u>Jobs</u> • <u>About</u> • <u>Support</u> • <u>Contact</u> • <u>Privacy</u> • <u>Terms & Conditions</u>

Copyright © 2013 SocialSoft. All rights reserved.

**EXHIBIT 12**

# SocialSoft

- Jobs
- About
- Support
- Contact

# About

SocialSoft develops free-to-play mobile games that are ridiculously fun. We love mobile we are mobile first. We have a strong culture of learning, trying things and launching products that people want and love. Our mission is to build the best mobile engineering team in the world and bring world class entertainment to the tablet iOS and Android users worldwide. We have the resources to be able to pursue these goals and build upon our successful track record.

## Our customers

"Thanks! We are two 68 yr old women who have been best friends for 64 years. She recently had painful surgery and our husbands agree that the game is good therapy for her to keep her mind off the pain!! Thanks so much!" - Mary on Fish Friends



"New to this site, a friend of mine said it was decent and he found his wife on here.. so I'll figure if I see if I can have some luck on here" - Jermaine on Instadate

7/1/2013 4:31 PM



### Jermaine

Man
33 years old

Dayton
Ohio

Dating

7 photos

**About me**
Very fun loving outgoing guy. New to this site,
well I deleted it and came back.. lmao,
however a friend of mine said it was decent
he found his wife on here.. so I figure I see if I
can have some luck on here. I'm not on here



**Instadate #53 top grossing in social networking**



**Free**                                    See All >

   

85. Tagged ...    86. Formspring    87. Mongo: ...    88. Google
Social Netwo...  Social Netwo...   Social Netwo...   Social Net
FREE            FREE              FREE              FREE

**Top Grossing**                            See All >

   

52. TextPics    53. Instadate...   54. WeTalkP...    55. AVT M
Social Netwo... Social Netwo...   Social Netwo...   Social Net
$0.99           FREE              FREE              FREE





## Instadate Facts

- 60K downloads
- 500K sessions
- Profiles viewed over 1 million times!

## Fish Friends Facts

- 250K downloads
- 4 million sessions
- 20 years of play time

## Rainbow Cat Facts

- 900K downloads
- 11 million sessions

## Bubble Buddies Facts

- 130K downloads
- 1.2 million sessions
- Played over 4.7 million times!!!

**Press**

"We're pleased to announce that during the period from May 15, 2009 through May 14, 2010, Socialsoft has donated 10% of the retail price of all in-game money sold, with a guaranteed minimum donation of $25,000.00"http://www.ign.com/articles/2009/06/18/hive7-launches-zen-garden-facebook-game-to-share-profits-with-breast-cancer-research - http://www.insidesocialgames.com/2009/06/25/hive7-partners-with-susan-g-komen-in-new-facebook-game-zen-garden/

Jobs • About • Support • Contact • Privacy • Terms & Conditions

Copyright © 2013 SocialSoft. All rights reserved.

# EXHIBIT 13

# Jordan Susman

**From:** Jordan Susman
**Sent:** Wednesday, October 31, 2012 3:06 PM
**To:** 'mark !'; 'fotoroll@gmail.com'; 'fbhelp@gmail.com'; 'info@thesocialsoft.com'; 'contact@thesocialsoft.com'
**Subject:** RE: Torres v Social Soft

Arun,
So far, you have:

1. Refused to provide a valid address;
2. Refused to provide statements of payments from Apple, Google and other vendors;
3. Accused me of trying to fleece you.

I resent the accusation and your gamesmanship.  Please provide a valid address and statements of payment.

Thank you,
Jordan