Jordan Susman (SBN 246116)
FREEDMAN + TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Telephone: 310-201-0005
Facsimile:  310-201-0045

Attorney for Plaintiffs
CHRISTOPHER ORLANDO TORRES
and NYANIFY, INC.

## IN THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ORLANDO TORRES, an individual, NYANIFY, INC., a Texas Corporation, | Case No.:  CV12-8514 CAS (SSx) |
| Plaintiffs, | **[PROPOSED] JUDGMENT** |
| vs. | |
| ARUN MARIAPPAN, an individual, SOCIALSOFT, INC., a California Corporation, | |
| Defendant. | |

IT IS HEREBY IS ORDERED AND ADJUDGED that Arun Mariappan ("Mariappan") and SocialSoft, Inc. ("SocialSoft") (Mariappan and SocialSoft are referred to herein collectively as "Defendants") are jointly and severally liable to plaintiffs Christopher Orlando Torres and Nyanify, Inc.  ("Plaintiffs") for Copyright Infringement under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*, Trademark Infringement, and False Designation of Origin under the Lanham Act, 15 U.S.C. § 1125(a).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that judgment shall be entered in favor of Plaintiffs, and against Defendants, jointly and severally as to each of the Defendants, in the amount of One Hundred Five Thousand Six Hundred and 00/100 dollars ($105,600.00), plus interest thereon at a rate of 10% per annum until paid.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants, their agents, servants, employees, officers, successors and assigns, and all persons or entities acting in concert or participation with Defendants or on Defendants behalf, are permanently enjoined, restrained and prohibited from reproducing, distributing, performing, publicly displaying, or making into a derivative work that is substantially similar to Plaintiffs' goods, services and marks.

July __, 2013

_____
The Honorable Christina A. Snyder
United States District Judge

**[PROPOSED] JUDGMENT**