1  Jordan Susman (SBN 246116)
2  FREEDMAN + TAITELMAN, LLP
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
4  Telephone: 310-201-0005
   Facsimile:  310-201-0045
5
6  Attorney for Plaintiffs
   CHRISTOPHER ORLANDO TORRES
7  and NYANIFY, INC.
8
9              IN THE UNITED STATES DISTRICT COURT
10                CENTRAL DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CHRISTOPHER ORLANDO TORRES, an individual, NYANIFY, INC., a Texas Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARUN MARIAPPAN, an individual, SOCIALSOFT, INC., a California Corporation,<br><br>    Defendant. | Case No.:  CV12-8514 CAS (SSx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ARUN MARIAPPAN AND SOCIALSOFT, INC.** |

**1**

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

1  **WHEREAS**, Christopher Orlando Torres and Nyanify, Inc. ("Plaintiffs")
2  filed a motion for a default judgment against defaulting defendants Arun
3  Mariappan ("Mariappan") and SocialSoft, Inc. ("SocialSoft") (Mariappan and
4  SocialSoft are referred to herein collectively as "Defendants") as to Plaintiffs'
5  causes of action for Copyright Infringement, Trademark Infringement, and False
6  Designation of Origin.  Specifically, Plaintiffs requested statutory damages in the
7  amount of $100,000, attorney's fees totaling $5,600, and a permanent injunction
8  restraining, enjoining, and prohibiting Defendants, their agents, servants,
9  employees, officers, successors and assigns, and all persons or entities acting in
10 concert or participation with Defendants or on Defendants' behalf, from
11 reproducing, distributing, performing, publicly displaying, or making into a
12 derivative work that is substantially similar to Plaintiffs' goods, services and
13 marks;
14    **WHEREAS**, Defendants failed to oppose Plaintiffs' motion for a default
15 judgment;
16    **WHEREAS**, the Court took Plaintiffs' motion for a default judgment under
17 submission without a hearing;
18    **NOW, THEREFORE**, having considered Plaintiffs' motion for a default
19 judgment, the Court ORDERS as follows:
20    1.    Plaintiffs' motion for a default judgment is GRANTED;
21    2.    Plaintiffs are awarded $100,000 in statutory damages and $5,600 in
22 attorney's fees jointly and severally as to Mariappan and SocialSoft.  Accordingly,
23 judgment shall be entered against defendant Mariappan and defendant SocialSoft
24 jointly and severally as to each, and in favor of Plaintiff, in the amount of
25 $105,600, plus interest thereon at a rate of 10% per annum until paid;
26    3.    Defendants, their agents, servants, employees, officers, successors
27 and assigns, and all persons or entities acting in concert or participation with

Defendant or on Defendants' behalf, are permanently enjoined, restrained and prohibited from reproducing, distributing, performing, publicly displaying, or making into a derivative work that is substantially similar to Plaintiffs' goods, services and marks.

IT IS SO ORDERED.

July __, 2013                           _____
                                        The Honorable Christina A. Snyder
                                        United States District Judge

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**