-1-

1  Jordan Susman (SBN 246116)
2  FREEDMAN + TAITELMAN, LLP
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
   Telephone: 310-201-0005
4  Facsimile:  310-201-0045

5  Attorney for Plaintiffs
   CHRISTOPHER ORLANDO TORRES
6  and NYANIFY, INC.

7

8

9              IN THE UNITED STATES DISTRICT COURT

10                 CENTRAL DISTRICT OF CALIFORNIA

11

12 CHRISTOPHER ORLANDO                ) Case No.:  CV12-8514 CAS (SSx)
   TORRES, an individual, NYANIFY,    )
13 INC., a Texas Corporation,         )
                                      )
14                                    )
              Plaintiffs,             ) **PROOF OF SERVICE**
15                                    )
                                      )
16 vs.                                )
                                      )
17                                    )
   ARUN MARIAPPAN, an individual,     )
18 SOCIALSOFT, INC., a California     )
   Corporation,                       )
19                                    )
                                      )
20            Defendants.             )
21
22
23
24
25
26
27
28

-1-
**PROOF OF SERVICE**

# PROOF OF SERVICE

**UNITED STATES DISTRICT COURT** } ss.
**CENTRAL DISTRICT OF CALIFORNIA**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 500. Los Angeles California 90067.

On **July 3, 2013,** I served the following document(s) described as:

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ARUN MARIAPPAN AND SOCIALSOFT, INC.

PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ARUN MARIAPPAN AND SOCIALSOFT, INC.

[PROPOSED] JUDGMENT

DECLARATION OF JORDAN SUSMAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

DECLARATION OF KIA KAMRAN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

on the interested parties in this action as follows:

☒ (MAIL) I am readily familiar with the firm's practice for collection and processing of correspondence and other materials for mailing with the United States Postal Service. On this date, I sealed the envelope(s) containing the above materials and placed the envelope(s) for collection and mailing at the address above following our office's ordinary business practices. The envelope(s) will be deposited with the United States Postal Service on this date, in the ordinary course of business.

☒ (BY ELECTRONIC SERVICE) Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed above by electronically emailing a true and correct copy stated on the service list per agreement in accordance with Code of Civil Procedures section 1010.6. fotoroll@gmail.com, write2mark1@gmail.com, fbhelp@gmail.com, info@thesocialsoft.com, and contact@thesocialsoft.com

☒ FEDERAL   I am employed in the office of an attorney who is a member of this court at whose direction I served the above-described document.

*SEE ATTACHED SERVICE LIST*

1  I declare under penalty of perjury under the laws of the United States of America and the State of California that the above is true and correct and that this
2  Proof of Service was executed on **July 3, 2013**, at Los Angeles, California.

_____
Marie Ramirez

Proof of Service

**ATTACHED SERVICE LIST**

Arun Mariappan
501 Forest Ave. #802
Palo Alto, CA 94301

Arun Mariappan
81 Encina Ave
Palo Alto, CA 94301

Arun Mariappan
311 Everett Avenue, Apt. C
Palo Alto, CA 94301

SocialSoft Inc.
501 Forest Ave. #802
Palo Alto, CA 94301

SocialSoft Inc.
81 Encina Ave
Palo Alto, CA 94301

SocialSoft Inc.
311 Everett Avenue, Apt. C
Palo Alto, CA 94301