# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-8514-CAS(SSx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | *CHRISTOPHER ORLANDO TORRES; ET AL. v. ARUN MARIAPPAN; ET AL.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jordan Susman | Not Present |

**Proceedings:** PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS ARUN MARIAPPAN AND SOCIALSOFT, INC. (Filed 07/02/13)[18]

Hearing held and plaintiffs' counsel is present. No appearance is made by the defendants, nor on their behalf. The Court confers with plaintiff's counsel and plaintiffs' counsel informs the Court that the parties have reached a settlement. The Court continues plaintiffs' above-referenced motion to **October 7, 2013** at **10:00 A.M.**

|  | 00 | : | 01 |
|---|---|---|---|
| Initials of Preparer | | | CMJ |