1  Jordan Susman (SBN 246116)
2  FREEDMAN + TAITELMAN, LLP
   1901 Avenue of the Stars, Suite 500
3  Los Angeles, California 90067
4  Telephone: 310-201-0005
   Facsimile:  310-201-0045
5

6  Attorney for Plaintiffs
   CHRISTOPHER ORLANDO TORRES
7  and NYANIFY, INC.

8

9              IN THE UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11

12  CHRISTOPHER ORLANDO              ) Case No.:  CV12-8514 CAS (SSx)
13  TORRES, an individual, NYANIFY,  )
    INC., a Texas Corporation,       )
14                                   ) **STIPULATION OF VOLUNTARY**
                                     ) **DISMISSAL**
15        Plaintiffs,                )
                                     )
16                                   )
    vs.                              )
17                                   )
                                     )
18  ARUN MARIAPPAN, an individual,   )
    SOCIALSOFT, INC., a California   )
19  Corporation,                     )
                                     )
20                                   )
          Defendant.                 )
21                                   )
                                     )
22                                   )
                                     )
23  _____ )

24

25

26

27

28

**1**
**STIPULATION OF VOLUNTARY DISMISSAL**

1    This Stipulation of Voluntary Dismissal (the "Stipulation") is entered into

2 by and between plaintiffs Christopher Orlando Torres and Nyanify, Inc.

3 (collectively "Plaintiffs"), on the one hand, and defendants Arun Mariappan and

4 SocialSoft, Inc. (collectively "Defendants"), on the other hand.  Plaintiffs and

5 Defendants are referred to herein collectively as the "Parties."

6    WHEREAS, on or about October 4, 2012, Plaintiffs filed a complaint (the

7 "Complaint") against Defendants, in the United States District Court for the

8 Central District of California, entitled *Torres et al. v. Mariappan et al.,* Case No.

9 12-CV-8514 CAS (SSX) (the "Action").

10    WHEREAS, Plaintiffs and Defendants have entered into a Settlement

11 Agreement and Release (the "Agreement") for the purpose of resolving the

12 Action;

13    IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, on the

14 one hand, and Defendants, on the other hand, that:

15    1. Pursuant to the terms of the Settlement Agreement, the Action is

16       hereby dismissed in its entirety without prejudice, and with each

17       Party bearing its own attorney's fees and costs.

18    2. Pursuant to the terms of the Settlement Agreement, the Court shall

19       retain jurisdiction to enforce the terms of the Settlement Agreement.

20

21 [Signatures on following page]

22

23

24

25

26

27

28

**2**
**STIPULATION OF VOLUNTARY DISMISSAL**

1  Dated:      September 16, 2013              FREEDMAN + TAITELMAN

2

3

4                                          By:  _____/s/_____

5

6                                              JORDAN SUSMAN
                                               Attorney for Plaintiffs
7                                              Christopher Orlando Torres and
                                               Nyanify, Inc.
8

9  Dated:      September 16, 2013       LAW OFFICES OF THOMAS SALCICCIA

10

11

12                                         By:  _____/s/_____

13

14                                             DOMENICO SCIRE
                                               Attorney for Defendants
15                                             Arun Mariappan and
                                               SocialSoft, Inc.
16

17                          **ECF CERTIFICATION**

18          The filing attorney attests that he has obtained concurrence and

19  authorization regarding the filing of the document from the signatories to this

20  document.

21  Dated:      September 16, 2013              FREEDMAN + TAITELMAN

22

23

24                                         By:  _____/s/_____

25

26                                             JORDAN SUSMAN
                                               Attorney for Plaintiffs
27                                             Christopher Orlando Torres and
                                               Nyanify, Inc.
28

**3**
**STIPULATION OF VOLUNTARY DISMISSAL**